

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

October 30, 2018

**By Electronic Filing**

Hon. Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Jr. Courthouse
50 Walnut St.
Room 4040, Courtroom 4C
Newark, NJ 07101

Re:     *Castillo v. Spectra East, Inc.*, No. 17-cv-07156

Dear Judge Waldor:

We write on behalf of the parties to seek a 45 day extension of fact discovery to take depositions only.  Fact discovery is currently scheduled to close on October 31, 2018.  The only remaining discovery is depositions, and Plaintiff's deposition is scheduled for November 16th.  The parties are confident that they can schedule and complete all depositions by the middle of December.  Accordingly, the parties respectfully request an order (a) extending fact discovery to take depositions only from October 31 to December 14, 2018, and (b) rescheduling the in person Status Conference from November 14, 2018 to a date after Plaintiff's deposition.

Respectfully submitted,

 /s/ David Baron

Michael DeLarco
Partner
michael.delarco@hoganlovells.com
D (212) 918-3265

David Baron
Senior Associate
david.baron@hoganlovells.com
D (212) 918-3284

cc:     Robert A. Tandy, counsel to Plaintiff (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Moscow   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rio de Janeiro   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington DC   Associated offices: Budapest   Jakarta   Shanghai FTZ   Ulaanbaatar   Zagreb. Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

\\NY - 027920/000036 - 9613165 v1